IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| BECKY SUE HAYES, ) | Case No.1:15CV1543 |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | O R D E R |
| ) | |
| Commissioner of Social Security, ) | |
| ) | JUDGE CHRISTOPHER A. BOYKO |
| Defendant. ) | |
| ) | |

On August 5, 2015, Plaintiff filed a Complaint pursuant to Title 42 U.S.C. Section 405(g), 1383(c)(3). (Dkt.#1). This matter was referred to Magistrate Judge William H. Baughman, Jr. pursuant to Local Rule 72.2. On October 13, 2015, Defendant filed a Motion to Dismiss on the grounds that the application was untimely. On October 21, 2015, Plaintiff filed a Response to Motion. On October 12, 2016, the Magistrate Judge recommended that the Motion to Dismiss be denied.(Dkt.#12). On October 25, 2016, the Defendant filed a Response to Magistrate Judge's Report and Recommendation stating she will not be objecting.

Therefore, Magistrate Judge Baughman's Report and Recommendation is **ADOPTED** and the Magistrate Judge will file an order requiring the filing of an answer, as well as setting forth the briefing schedule for all further filings.

IT IS SO ORDERED.

Dated:10/25/2016          *S/Christopher A. Boyko*
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE